UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
WILLIAM P. COLMAN,

          Plaintiff,

  -against-

SRC ENERGY, INC. LYNN A. PETERSON,
RAYMOND E. MCELHANEY, JACK
AYDIN, DANIEL E. KELLY, PAUL KORUS,
JENNIFER S. ZUCKER and JAMES P.
HENDERSON,

          Defendants.
------------------------------------------- X

CASE NO.: 19-cv-10551-DLC



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/2020

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: January 8, 2020

So ordered.
/s/ Denise Cote
1/8/20

Respectfully Submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

*Attorney for Plaintiff*